Decision Search Results | Tenth Circuit | United States Bankruptcy Appellate Panel
 

 

 

 Skip to main content
 

 

 
 
 
 
 
 
 United States Bankruptcy Appellate Panel
 
 
 
 
 for the Tenth Circuit 
 
 
 
 

 

 
 
 
 
 Search form
 
 Search this site 
 

 

 
 
Text Size: 

Decrease font size
Reset font size
Increase font size

 

 
 
 About Us
Clerk's Office
Judges
Directions
Courthouse Visitor's Policy
Employment
Media Information
Judicial Conduct and Disability

How to File
Notice of Appeal to the BAP
Designation of Record and Statement of Issues
One Document
Motions or Responses
Briefs
Appendix
Oral Argument Acknowledgement Form
Notice of Appeal to the Circuit

CM/ECF & PACER
E-Filing (CM/ECF)
Court Docket (PACER)

Forms
Fees
Rules
Argument Calendar
Search Decisions

 
 

 
 
 
 
 

 
 

 
 

 
 You are here
Home 
 
 
 Decision Search Results 
 
 
 
 
 
 
 
 
 
 
 
 
 
 Case # 
 
 Case Title 
 
 File On 
 
 Origin 
 
 Download 
 
 
 
 
 
 23-004 
 
 Kate Drakewyck 
 
 06/23/2023 
 
 United States Bankruptcy Court for the District of Colorado 
 
 PDF 
 
 

 
 
 
 
 
 
 New Search 
 
 
 
 
 
 
 
 
 
 Search this site 
 

 

 
 

 
 
 

 
 

 
 
 
 
 
 

 
 
 
 Home | Contact Us | Employment
 

 
 

 

 
 

 
 
 
 Contact the Webmaster